**Opinion issued March 10, 2020**



In The

# Court of Appeals

### For The

# First District of Texas

———————————

### NO. 01-19-00683-CV

———————————

### YAZID MALIK BEY, Appellant

### V.

### QUEST IRA INC, Appellee

---

### On Appeal from the County Civil Court at Law No. 2
### Harris County, Texas
### Trial Court Case No. 1139364

---

### MEMORANDUM OPINION

This is an appeal from the trial court's final judgment signed on September 9, 2019. Appellant's brief was originally due on October 31, 2019. On November 4, 2019, we issued a notice advising appellant that unless his brief was filed within ten days, we might dismiss the appeal for want of prosecution. The notice sent to

appellant at his last known address was returned undeliverable. Appellant has neither timely filed a brief nor requested an extension. *See* TEX. R. APP. P. 38.8(a)(1) (the appellate court may dismiss for want of prosecution for failure to file appellant's brief).

Accordingly, we dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b), 43.2(f). We dismiss all pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Radack and Justices Kelly and Goodman.